UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 11-CR-239 (KMK) |
| LUIS ABAD, et al. | ORDER TO RESPOND |
| *Defendants*. | |

KENNETH M. KARAS, United States District Judge:

The Court is in receipt of a letter motion from Defendant Luis Abad ("Defendant") that has been docketed under seal due to the sensitive nature of its contents. The Government is ordered to respond to Defendant's motion by no later than November 17, 2025. A copy of the letter motion can be retrieved from this Court's Chambers.

SO ORDERED.

Dated: October 17, 2025
White Plains, New York

KENNETH M. KARAS
United States District Judge